No. 92–9098. THOMPSON v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 93–138. TEICHER ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–207. KRAFT ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–215. SABLONE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–254. GRIMES v. OHIO EDISON CO. C. A. 2d Cir. Certiorari denied.

No. 93–278. MOORE v. ELI LILLY & CO. C. A. 5th Cir. Certiorari denied.

No. 93–314. BARNES ET AL. v. MISSISSIPPI ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–422. MEDVIK v. CITY OF UNIVERSITY CITY ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–440. WILLIS v. UNIVERSITY HEALTH SERVICES, INC., DBA UNIVERSITY HOSPITAL, ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–456. GUARDINO v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 93–459. SHIEH ET AL. v. EBERSHOFF ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–467. TILSON v. CITY OF WICHITA, KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 93–472. HYDRO ALUMINIUM NORDISK AVIATION PRODUCTS, A/S v. TORGESON ET UX. C. A. 5th Cir. Certiorari denied.

No. 93–473. DIXIE MACHINE, WELDING & METAL WORKS ET AL. v. MOSS. Ct. App. La., 4th Cir. Certiorari denied.